UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WILLIN GALINDO MORALES HERNANDEZ,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.: 3:26-cv-3570-CAB-SBC

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Willin Galindo Morales Hernandez ("Petitioner") filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 8 ("Petition").] Petitioner alleges that he was detained by immigration authorities on January 7, 2026 pursuant to 8 U.S.C. § 1226 without an administrative warrant. He requests immediate release.

This is Petitioner's second habeas petition. In his first, he argued that he should be detained pursuant to 8 U.S.C. § 1226, and therefore eligible for a bond hearing, rather than 8 U.S.C. § 1225, which requires mandatory detention. *See* Case No. 3:26-cv-2543-AGS-DDL. Respondents conceded that Petitioner was entitled to relief and so the Honorable Andrew Schopler ordered that Petitioner receive a bond hearing under § 1226(a). Petitioner received that hearing; the immigration judge ("IJ") denied bond based on

Petitioner's two convictions for aggravated driving under the influence offenses. Petitioner has appealed that denial to the Board of Immigration Appeals ("BIA"). To the extent the current Petition challenges that denial, it is premature. Petitioner must await a decision from his appeal to the BIA before asking a federal district court to review the IJ's decision. *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

This Petition also raises a new claim: that Petitioner's arrest pursuant to § 1226(a) on January 7, 2026 was unlawful because it was done without an administrative warrant. [Petition at 2–3.] However Respondents state that "Petitioner was issued an administrative warrant on January 7, 2026" and provide a copy of that warrant. [Doc. No. 10 at 5; Doc. No. 10-1 at 13 (signed administrative warrant served on Petitioner).] Petitioner filed no reply contesting this.

Based on the foregoing, the Court **DENIES** the Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: October 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge